UNITED STATES of America,
Plaintiff–Appellee,

v.

Pedro MARCOS–MARCOS, aka
Chino, aka Pedro Marcos,
Defendant–Appellant.

No. 11–50332.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 20, 2013.

Curtis A. Kin, Esquire, Assistant U.S., Justin Randall Rhoades, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Thomas Paul Sleisenger, Law Offices of Thomas P. Sleisenger, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, KLEINFELD and SILVERMAN, Circuit Judges.

MEMORANDUM **

The sentence was not rendered unreasonable because it was greater than his co-defendants' sentences. The need to avoid unwarranted sentence disparity is only one factor the judge must consider. *United States v. Vasquez*, 654 F.3d 880, 886 (9th Cir.2011) (citations omitted). Significant

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

differences existed between Marcos–Marcos and his co-defendants.

The district court did not take improper judicial notice of the facts of another alien smuggling case. It did not take judicial notice of any facts, but merely reflected, as is appropriate, upon how this case compared in severity with others.

There is no support in the record for the contention that the district court did not understand its discretion under *Kimbrough v. United States*, 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007). Absent some contrary indication in the record, we assume that district judges understand the law. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc).

AFFIRMED.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.